UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**THOMAS JONES,**

    **Plaintiff,**

  v.                        Case No. 11-CV-862

**CHAD CARRIGAN,**

    **Defendant,**

## ORDER

Now before me is plaintiff's request that the U.S. Marshal serve defendant with his complaint. However, in an Order dated November 5, 2011, I allowed plaintiff to proceed on claims against defendant Chad Carrigan, an employee of the State of Wisconsin, and directed that Carrigan be served pursuant to the informal service agreement between the Attorney General and this court. Therefore,

**IT IS ORDERED** that plaintiff's request that U.S. Marshal serve defendant (Docket #5) is **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin, this 11th day of November, 2011.

                                        s/
                                        LYNN ADELMAN
                                        District Judge